UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THIELSCH ENGINEERING, :
:
Plaintiff, :
:
v. : C.A. No. 04-CV-541L
:
S.D. WARREN COMPANY d/b/a SAPPI :
FINE PAPER NORTH AMERICA, :
:
Defendant. :

**STIPULATION OF DISMISSAL**

Plaintiff's action is dismissed with prejudice, no interest, no costs.

THIELSCH ENGINEERING

By its Attorneys,

/s/ Joseph D. Whelan

Joseph D. Whelan (5694)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
jwhelan@haslaw.com

Dated: January 31, 2007

S.D. WARREN COMPANY d/b/a SAPPI
FINE PAPER NORTH AMERICA

By its Attorneys,

/s/ Jeffrey K. Techentin

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
jtechentin@apslaw.com

Thomas V. Laprade
Lambert Coffin
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

Dated: January 31, 2007

776503v1 (50581/123997)